**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| BILLY RICKS JR., | |
|     Petitioner, | CIVIL ACTION NO.: 6:20-cv-32 |
| v. | |
| ALLEN DILLS, Warden, | |
|     Respondent. | |

**O R D E R**

After a careful and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 6, 2020 Report and Recommendation, to which Petitioner filed Objections, (doc. 28). The Court finds Petitioner's Objections unavailing and **OVERRULES** them. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 26), as the opinion of the Court, **GRANTS** Respondent's motion to dismiss, (doc. 18), and **DISMISSES** Petitioner's 28 U.S.C. § 2254 petition as untimely. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 2nd day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA