AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 2:56 pm, Nov 24, 2020

BILLY RICKS JR.,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-32

ALLEN DILLS, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order dated November 2, 2020, adopting the Magistrate Judge's Report and Recommendation and granting Respondent's motion to dismiss, judgment is hereby entered dismissing Petitioner's 28 U.S.C. § 2254 petition as untimely and rendering moot any request for in forma pauperis status on appeal. This case stands closed.

Approved by: _____

November 24, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03